**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**JONATHAN GARRETT GREEN,**
    **Plaintiff,**

**vs.**                                                 **Case No.:  3:25-cv-1502/MCR/ZCB**

**SOUTHERN POVERTY LAW**
**CENTER,**
    **Defendant.**
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on December 8, 2025.  (Doc. 10).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 10) is adopted and incorporated by reference in this order.

1

2.	Defendant's motion to dismiss, (Doc. 5), is **GRANTED** to the extent that it seeks dismissal because Plaintiff's complaint is an impermissible shotgun pleading.

3.	Plaintiff has **fourteen days** from the date of this order to file a second amended complaint that complies with the Federal Rules of Civil Procedure.  Failure to file a second amended complaint by the deadline will result in dismissal of his case.

4.	This case is recommitted to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 1st day of May 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

2